UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 15-3635
_____

GREG HARGUS

v.

FEROCIOUS AND IMPETUOUS, LLC; KYLE COLEMAN;
JOSEPH TRATTNER; ST. THOMAS SPORT AND SOCIAL CLUB;
M/V ONE LOVE

Kyle Coleman; M/V One Love,
                                                            Appellants
_____

On Appeal from the District Court
of the Virgin Islands
(D.V.I. No. 3-13-cv-00111)
District Judge: Honorable Ruth Miller
_____

ORDER AMENDING OPINION

It has come to the Clerk's attention that Magistrate Judge Ruth Miller was incorrectly
identified as a District Judge on the lower court history portion of this Court's caption
listed on the Court's October 18, 2016 precedential opinion.  It is hereby O R D E R E D
that the opinion is amended as follows:

On Appeal from the District Court
of the Virgin Islands
(D.V.I. No. 3-13-cv-00111)
Magistrate Judge: Honorable Ruth Miller


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: October 31, 2016
CJG/cc:      Matthew J. Duensing, Esq.